UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Case No. 19-cr-0250 (WMW/ECW) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Johnnie Lamar Haynes (1), | |
| Defendant. | |

---

This matter is before the Court on the April 27, 2020 Report and Recommendation (R&R) of United States Magistrate Judge Elizabeth Cowan Wright.  (Dkt. 106.)  No objections to the R&R have been filed.  In the absence of timely objections, this Court reviews an R&R for clear error.  *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).  Having reviewed the R&R, the Court finds no clear error.

## ORDER

Based on the R&R, all the files, record, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The April 27, 2020 R&R, (Dkt. 106), is **ADOPTED**.

2. Defendant Johnnie Lamar Haynes's motion to suppress, (Dkt. 35), is **DENIED**.

3. Defendant Johnnie Lamar Haynes's supplemental motion to suppress, (Dkt. 59), is **DENIED**.

      4.     Defendant Johnnie Lamar Haynes's request for a *Franks* hearing is **DENIED**.

Dated: June 22, 2020　　　　　　　　　　　　　　s/Wilhelmina M. Wright
　　　　　　　　　　　　　　　　　　　　　　　　Wilhelmina M. Wright
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge